

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00099-CV

_____

ESTATE OF GEORGE HANKS, PAT HELMER, JEAN TESSMER,
JOE HANKS, AND HOWARD HANKS, Appellants

V.

SABINE COUNTY, TEXAS, Appellee

On Appeal from the 273rd District Court
Sabine County, Texas
Trial Court No. 11,594

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

As part of the appellate record in this matter, original exhibits were transferred to this Court for our use when this appeal was before us. Specifically, original documents marked "Plaintiff's Exhibit 2 and 2A" and "Plaintiff's Exhibit 7A" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the Sabine County District Clerk's Office. Accordingly, we order the clerk of this Court to transfer the original exhibits filed in this appeal into the keeping of the Sabine County District Clerk by mailing the exhibits to the district clerk via certified mail, return receipt requested.

We further order the Sabine County District Clerk, Tanya Walker, on receipt of said exhibits, to sign and return to this Court the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date: November 18, 2014

RECEIPT FOR ORIGINAL EXHIBITS

I, Tanya Walker, Sabine County District Clerk, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Judicial District, Texarkana, Texas, in the case of *Estate of George Hanks, Pat Helmer, Jean Tessmer, Joe Hanks, and Howard Hanks v. Sabine County, Texas*, appellate cause number 06-10-00099-CV; trial court cause number 11,594:  original documents marked "Plaintiff's Exhibit 2 and 2A" and "Plaintiff's Exhibit 7A."

_____
Tanya Walker
Sabine County District Clerk

Date: _____